# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| CATHY BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  Case No. |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

NOW INTO COURT COMES the defendant and petitioner for removal, NCO FINANCIAL SYSTEMS, INC., (NCO), and with reservation of all rights, hereby removes from the Orleans District Court for the Trial Court of Massachusetts, Small Claims Session, the proceeding entitled and captioned matter of *Cathy Brown v. NCO Financial Systems, Inc.*, Docket No. 0826 SC 0694, on the basis of federal question jurisdiction.

The Removal Notice is based on the following grounds:

1.   NCO is a defendant in a civil action filed by the plaintiff, Cathy Brown, on or about June 17, 2008 in the Orleans District Court for the Trial Court of Massachusetts, Small Claims Session, captioned as *Cathy Brown v. NCO Financial Systems, Inc.*, Docket No. 0826 SC 0694.

2.   Process in *Cathy Brown v. NCO Financial Systems, Inc.*, Docket No. 0826 SC 0694 was served or the Complaint setting forth the claim for relief upon which this notice is based was otherwise first received by NCO on June 30, 2008. Attached and

made part of this filing are copies of all process, pleadings and orders served upon NCO in the State court. *See* Exhibit "A."

3. Pursuant to 28 U.S.C. §§ 1441 and 1446, NCO removes plaintiff's state court action to this Court, which is the judicial district in which the lawsuit is pending.

4. The plaintiff alleges a cause of action arising under the federal Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 *et seq*. *See Plaintiff's Complaint* (seeking treble damages "under the Fair Credit [Reporting] Act". The FCRA vests the federal district courts with jurisdiction: "An action to enforce any liability created under this subchapter may be brought in any appropriate United States district court, without regard to the amount in controversy, or in any other court of competent jurisdiction..." *15 U.S.C. § 1681p*.

5. The United States district courts therefore have original jurisdiction over such claims under 28 U.S.C. §1331. Accordingly, this Court has federal question removal jurisdiction under 28 U.S.C. §1441(b).

6. Under 28 U.S.C. §1367(a), to the extent plaintiff's pleading seeks additional relief under Massachusetts state law, this Court has supplemental jurisdiction over all such remaining pendent state claim(s) because that claim is so related to the federal claim they form part of the same case or controversy under Article III of the United States Constitution.

7. Pursuant to Local Rule 40.1 of the Local Rules of the United States District Court for the District of Massachusetts, NCO seeks removal of this action to the Eastern

Division of the District of Massachusetts because the majority of the parties residing in the District of Massachusetts reside in the Eastern Division of the District of Massachusetts.

8.  Pursuant to 28 U.S.C. § 1446(b), NCO has timely filed this Notice of Removal. This Notice of Removal is filed within 30 days of receipt of the complaint by NCO and is, therefore, timely filed under 28 U.S.C. § 1446(b) ("If the case stated by the initial pleading is removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may be first be ascertained that the case is one which is or has become removable . . . ."). Likewise, this Notice of Removal is being filed within one year of the date suit was first filed in state court in compliance with 28 U.S.C. § 1446(b). No return of service has been filed in the court record as to the other defendants in this matter.

9.  Upon the filing of this Notice of Removal, NCO shall give written notice thereof to the plaintiff *pro se*, and NCO shall file copies of this Notice of Removal and Notice of Filing of Removal, with the Court Clerk, Small Claims Division, Orleans District Court for the Commonwealth of Massachusetts.

WHEREFORE, based upon this Court's federal question and supplemental jurisdiction, defendant, NCO Financial Systems, Inc., respectfully requests that this case proceed in this Court as an action properly removed from the Commonwealth of Massachusetts, Trial Court of the Commonwealth, Orleans District Court, Small Claims Session.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all parties of record by FedEx; this 30th day of July, 2008.

*[signature]*

Respectfully submitted,

*[signature]*

James J. Duane, III, Esq.
BBO # 136500
Eric Chodkowski, Esq.
BBO # 648629
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
Boston, MA 02110
Telephone: (617) 654-8200
Facsimile: (617) 482-5350

*Of Counsel*

David Israel (#7174)
disrael@sessions-law.biz
SESSIONS, FISHMAN & NATHAN, L.L.P.
3850 N. Causeway Blvd., Suite 1240
Metairie, LA 70002
Telephone: (504) 828-3700
Facsimile:  (504) 828-3737

James K. Schultz (#6043838)
SESSIONS, FISHMAN, NATHAN & ISRAEL OF ILLINOIS, LLC
1000 Skokie Boulevard, Suite 430
Wilmette, IL  60091
Telephone:  (847) 853-6100
Facsimile:   (847) 853-6105
E-Mail:     jschultz@sessions-law.biz

Attorneys for Defendant,
NCO Financial Systems, Inc.