IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| CATHY BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   Case No. 08 CA 11304 NG |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

The defendant, NCO Financial Systems, Inc. (NCO), hereby responds to the Plaintiff's Complaint as follows:

1. NCO Financial Systems, Inc. purchased a bogus account from AT&T Wireless and began to harass me for payment.

**Answer:** NCO admits only that Plaintiff's account was placed with NCO for collection on November 28, 2007. Except as specifically admitted, NCO denies the allegations in Plaintiff's unnumbered first allegation.

2. I sent them a copy of the judgment I won; it explained…[illegible]…is no more collection actions to be made.

**Answer:** NCO admits only that its records reflect that it received a dispute letter from Plaintiff on June 3, 2008, requesting that the tradeline be deleted from Plaintiff's credit report. Except as specifically admitted, NCO denies the allegations in Plaintiff's unnumbered second allegation.

3. It was no longer valid.

**Answer:** **NCO denies the allegations in Plaintiff's unnumbered third allegation.**

4. NCO fraudulently reported this debt to the credit companies – damaging my credit.

**Answer:** **NCO denies the allegations in Plaintiff's unnumbered fourth allegation.**

5. The alleged debt was settled in 2003.

**Answer:** **NCO denies the allegations in Plaintiff's unnumbered fifth allegation.**

6. On June 16th, I received 2 more calls seeking payments after again sending the company statements verifying the are in fact fraudulently reporting this…[illegible].

**Answer:** **NCO denies the allegations in Plaintiff's unnumbered sixth allegation.**

7. I am seeking treble damages under the Fair Credit Act.

**Answer:** **NCO denies any liability under the Fair Credit Reporting Act and further denies that the Plaintiff is entitled to treble damages or any other relief whatsoever as stated in Plaintiff's unnumbered seventh allegation.**

## AFFIRMATIVE DEFENSES

NCO, having denied each and every allegation contained in the Plaintiff's Complaint not specifically admitted above, states its affirmative defenses as follows:

## FIRST AFFIRMATIVE DEFENSE

The Plaintiff's Complaint should be dismissed because one or more of the Counts contained in the Complaint fail to state a claim against NCO upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Pursuant to 15 U.S.C. § 1692k(c), to the extent that a violation(s) is established and in the event NCO is found to be a debt collector as defined in Fair Debt Collection Practices Act, any such violation(s) was not intentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid such error.

## THIRD AFFIRMATIVE DEFENSE

One or more of Plaintiff's claims are barred by the applicable statute of limitations.

WHEREFORE, the defendant, NCO Financial Systems, Inc., respectfully requests that this Court:

1. Dismiss each and every cause of action asserted in the plaintiff's Complaint with prejudice at the plaintiff's cost;

2. Order the plaintiff to pay reasonable attorney's fees and costs to NCO; and

3. Order such other relief as this Court determines is just and equitable.

| | |
|---|---|
| CERTIFICATE OF SERVICE | Respectfully submitted, |
| I hereby certify that a copy of the above and foregoing has been forwarded to all counsel and parties of record via first class mail this 7th day of August, 2008. | *[signature]* |

James J. Duane, III, Esq.
BBO # 136500
Eric Chodkowski, Esq.
BBO # 648629
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
Boston, MA 02110
Telephone: (617) 654-8200
Facsimile: (617) 482-5350

*Of Counsel*

David Israel (#7174)
disrael@sessions-law.biz
SESSIONS, FISHMAN & NATHAN, L.L.P.
3850 N. Causeway Blvd., Suite 1240
Metairie, LA 70002
Telephone: (504) 828-3700
Facsimile:  (504) 828-3737
E-Mail:     disrael@sessions-law.biz

James K. Schultz (#6043838)
SESSIONS, FISHMAN, NATHAN & ISRAEL OF ILLINOIS, LLC
1000 Skokie Boulevard, Suite 430
Wilmette, IL  60091
Telephone: (847)  853-6100
Facsimile:  (847)  853-6105
E-Mail:     jschultz@sessions-law.biz

Attorneys for Defendant,
NCO Financial Systems, Inc.