IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| CATHY BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  Case No. 08 C 11304 |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COMES the plaintiff, *pro se*, and defendant NCO Financial Systems, Inc., by the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), HEREBY STIPULATED AND AGREE that the above captioned matter, having been fully compromised and settled, be dismissed with prejudice and with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| s/ Cathy Brown *per authorization on 9/16/08* | s/ Eric Chodkowski |
| Cathy Brown, *pro se* | Eric Chodkowski, Esq. |
| | BBO # 648629 |
| | Taylor, Duane, Barton & Gilman, LLP |
| | 160 Federal Street |
| | Boston, MA 02110 |
| | Telephone: (617) 654-8200 |
| | Facsimile: (617) 482-5350 |
| | Attorneys for Defendant NCO Financial Systems, Inc. |